IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION

CHARLES METCALF; et al.                                                    PLAINTIFFS

vs.                                                                                     No. 2:04CV276-D-A

GE LIFE & ANNUITY ASSURANCE
COMPANY f/k/a THE LIFE INSURANCE
COMPANY OF VIRGINIA; et al.                                            DEFENDANTS

### ORDER DENYING MOTION TO REMAND

Pursuant to an opinion issued this day, it is hereby ORDERED that

(1) the Plaintiffs' motion to remand this cause to the Circuit Court of Coahoma County, Mississippi (docket entry 9), is DENIED;

(2) the Plaintiffs' claims against the Defendants Charles Rosatti, Jr., Larry O'Conner and James Lang are DISMISSED WITHOUT PREJUDICE; and

(3) this cause of action remains in the jurisdiction of the United States District Court for the Northern District of Mississippi.

SO ORDERED, this the 18th day of July 2005.

/s/ Glen H. Davidson
Chief Judge